AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 13 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| GABRIEL GUERRERO FLORES | CASE NUMBER: 08MJ0600 |

I, GABRIEL GUERRERO FLORES, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 3-13-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Gabriel Guerrero Flores_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer