1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,       )   Criminal No. **08CR731-BTM**
                                    )
11              Plaintiff,          )   **CONSENT TO RULE 11 PLEA IN A**
                                    )   **FELONY CASE BEFORE UNITED**
12  v.                              )   **STATES MAGISTRATE JUDGE,**
                                    )   **WAIVER OF PRESENTENCE REPORT**
13  **GABRIEL GUERRERO FLORES,**    )   **AND WAIVER OF OBJECTIONS FOR**
                                    )   **IMMEDIATE SENTENCING**
14              Defendant.          )
                                    )
15  ―――――――――――――――――――――――――――――――

16       I have been advised by my attorney and by the United States
17  Magistrate Judge of my right to enter my plea in this case before
18  a United States District Judge.  I hereby declare my intention to
19  enter a plea of guilty in the above case, and I request and
20  consent to have my plea taken by a United States Magistrate Judge
21  pursuant to Rule 11 of the Federal Rules of Criminal Procedure.
22       I understand that if my plea of guilty is taken by the
23  United States Magistrate Judge, and the Magistrate Judge
24  recommends that the plea be accepted, the assigned United States
25  District Judge will then decide whether to accept or reject any
26  plea agreement I may have with the United States and will
27  adjudicate guilt and impose sentence.
28       I further understand that due to my request for immediate

sentencing in this case, I am waiving the preparation of a presentence report and I am also waiving any objections I may have to the Magistrate Judge's findings and recommendation concerning the entry of my guilty plea.

Dated: MARCH 25, 2008

*Gabriel Guerrero Flores*
GABRIEL GUERRERO FLORES
Defendant

Dated: MARCH 25, 2008

*[signature] for*
JOHN C. LEMON, CJA
Attorney for Defendant

The United States Attorney consents to have the plea in this case taken by a United States Magistrate Judge pursuant to Criminal Local Rule 11.2 and further waives a presentence report in this case as well as any objections to the Magistrate Judge's findings and recommendation concerning the entry of the guilty plea.

Dated: MARCH 25, 2008

*[signature]*
CAROLINE P. HAN
Assistant United States Attorney